1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



FILED

JUN 2 3 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           CASE NO. 2:16-CR-120 JAM

12              Plaintiff,

13        v.                            [PROPOSED] ORDER TO SEAL

14 MICHAEL MILAY,                              (UNDER SEAL)

15              Defendant.

17        The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney SHELLEY
18 D. WEGER to Seal the Indictment, and this Order, in the above-referenced case, shall be sealed until the
19 arrest of the defendant or until further order of the Court.

20 Dated: 6-23-2016

21                                      The Honorable Edmund F. Brennan
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT                   1