PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-120 JAM |
|---|---|
| Plaintiff, | 2:16-MJ-161 EFB |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| MICHAEL MILAY, | |
| Defendant. | DATE: September 13, 2016
TIME: 9:15 a.m.
COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, these matters were set for status on September 13, 2016.

2. By this stipulation, defendant now moves to continue the status conference until October 4, 2016, and to exclude time between September 13, 2016, and October 4, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 68 pages of discovery, which has been produced directly to counsel.

b) Counsel for defendant desires additional time to conduct investigation and to consult with her client and discuss potential resolutions.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2016 to October 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 9, 2016                    PHILLIP A. TALBERT
                                             Acting United States Attorney


                                             /s/ SHELLEY D. WEGER
                                             SHELLEY D. WEGER
                                             Assistant United States Attorney


Dated:  September 9, 2016                    /s/ Mia Crager by Shelley Weger
                                             MIA CRAGER
                                             Counsel for Defendant
                                             MICHAEL MILAY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of September, 2016.

                                             /s/ JOHN A. MENDEZ
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT JUDGE